FILED: APRIL 21, 2008
08CV2268          TC
JUDGE GETTLEMAN
MAGISTRATE JUDGE MASON

| | | |
|---|---|---|
| State of Illinois | ) | |
| | ) | SS |
| County of Cook | ) | |

## AFFIDAVIT

I, James Jones, having first been duly sworn, upon oath, deposes and states as follows:

1. I am a Special Agent ("SA") with the Drug Enforcement Administration ("DEA"), Coordinated Priority Organizational Targets ("CPOT")Group. I have been assigned as a SA for DEA for approximately eight years. I am currently assigned to the CPOT Group, and my official duties and responsibilities include the investigation of narcotics trafficking, narcotics-related offenses and money laundering in and throughout the Chicagoland area.

2. As a DEA SA, I am an investigative and law enforcement officer of the United States, permitted by law to conduct investigations of, and to make arrests for, offenses enumerated in the Comprehensive Drug Abuse Prevention and Controlled Substances Act of 1970, Title 21, United States Code, Section 801, *et seq*.

3. I have read the complaint in this matter and the facts alleged are true and correct to the best of my knowledge and belief based upon my own personal knowledge as well as information I have received from other agents, persons and documents. Because this affidavit is for a limited purpose it does not include each and every fact known to me concerning this investigation.

4.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 21st of April 2008, in Chicago, Illinois.

_____
JAMES JONES
Special Agent
Drug Enforcement Administration


SUBSCRIBED and SWORN to before me
this 21 day of April 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
BARBARA ROBERTSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/26/11