UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.    08 CV 2268 |
| v.           ) | |
| ) | |
| FUNDS IN THE AMOUNT OF   ) | Judge Robert W. Gettlemen |
| NINETEEN THOUSAND DOLLARS ) | |
| ($19,000)        ) | |
| ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above-captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By: s/Marsha A. McClellan
    MARSHA A. MCCLELLAN
    Assistant United States Attorney
    219 South Dearborn Street-Fifth Floor
    Chicago, Illinois 60604
    (312) 353-2814

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**ATTORNEY DESIGNATION**

was served on April 22, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:   /s/ Marsha A. McClellan
        MARSHA A. MCCLELLAN
        Assistant United States Attorney
        219 South Dearborn Street-Fifth Floor
        Chicago, Illinois 60604
        (312) 353-8415