IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,　　) | |
| 　　　　　　　　　　　　　　　) | Civil No. 08 CV 2268 |
| 　　　　　Plaintiff,　　　　　　) | |
| 　　　　　　　　　　　　　　　) | |
| 　　v.　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　) | |
| FUNDS IN THE AMOUNT OF　　　 ) | **CERTIFICATE OF SERVICE** |
| NINETEEN THOUSAND DOLLARS　 ) | |
| ($19,000.00)　　　　　　　　　) | |
| 　　　　　Defendants.　　　　　) | |

On this 22nd day of April, 2008, I, Kela Ellis, a non-attorney, certify that pursuant to Supp. R. For Adm. M. and Forf. Claims G(4), I sent a Notice of Judicial Forfeiture Proceeding, a copy of the Complaint In Rem, and a copy of the Warrant to be served upon:

Baltazar Mendoza, Esq.
Attorney for Martin Estrada
3701 S. Halsted Street
Chicago, Illinois 60609
via certified mail

Martin Estrada

via certified mail

by enclosing said property addressed envelope, postage paid, and depositing same in the United States mail at 219 S. Dearborn, Chicago, Illinois before the hour of 5:00 p.m. on the 22nd day of April, 2008.

*Kela Ellis*
KELA ELLIS

SUBSCRIBED and SWORN to before me this 22 day of April 2008.

*Barbara Roberts*
NOTARY PUBLIC

OFFICIAL SEAL
BARBARA ROBERTSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/26/11

U.S. Department of Justice
United States Attorney
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Official Business
Penalty for Private Use $300

Baltazar Mendoza, Esq.
3701 S. Halsted Street
Chicago, Illinois 60609

7007 0710 0000 5282 4731

