IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLIJNOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 08 CV 2268 |
| | ) | |
| FUNDS IN THE AMOUNT OF | ) | Judge Gettleman |
| NINETEEN THOUSAND DOLLARS | ) | |
| ($19,000.00) | ) | Magistrate Judge Mason |
| | ) | |
| MARTIN ESTRADA | ) | |
| Petitioner. | ) | |

FILED
MAY 27 2008
5-27-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE

I, Baltazar Mendoza of the Law Office of Baltazar Mendoza PC, hereby enter the appearance of Petitioner Martin Estrada and our Appearance as his attorney, and request that copies of all Pleadings, Orders and other documents be served upon the undersigned for said Party in lieu of service upon the party.

_____
One of the attorneys for Petitioner

Baltazar Mendoza
LAW OFFICES OF BALTAZAR MENDOZA
3701 South Halsted
Chicago, Illinois 60609
(773) 927-8301
(773) 927-8303 Fax
Atty# 6275512