MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLIJNOIS
EASTERN DIVISION

FILED
JN 5-27-2008
MAY 2 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.: 08 CV 2268 |
| FUNDS IN THE AMOUNT OF NINETEEN THOUSAND DOLLARS ($19,000.00) | ) Judge Gettleman |
| | ) Magistrate Judge Mason |
| MARTIN ESTRADA Petitioner. | ) |

### NOTICE OF FILING

TO:     Marsha A. McClellan
Assistant Uited States Attorney
219 South Dearborn Street, Room 500
Chicago, IL 60604

PLEASE TAKE NOTICE that on the May 27, 2008 we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division **Petitioner's Verified Claim** a copy of which is hereby served on you.

_____
Baltazar Mendoza.

Baltazar Mendoza
The Law Office of Baltazar Mendoza
3701 S. Halsted
Chicago, IL 60609

### Proof of Service

I certify that copies of the within instruments were served on May 27, 2008 to the party to whom it is addressed via hand delivery to the address referenced above.

_____
Baltazar Mendoza

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLIJNOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 08 CV 2268 |
| ) | |
| FUNDS IN THE AMOUNT OF ) | Judge Gettleman |
| NINETEEN THOUSAND DOLLARS ) | |
| ($19,000.00) ) | Magistrate Judge Mason |
| ) | |
| MARTIN ESTRADA ) | |
| Petitioner. ) | |

## VERIFIED CLAIM

**NOW COMES** the Martin Estrada (Petitioner), by and through her attorneys, Baltazar Mendoza of the Law Office of Baltazar Mendoza, P.C. and submits this Verified Claim for his property FUNDS IN THE AMOUNT OF NINETEEN THOUSAND DOLLARS ($19,000.00) in United States Currency under Civil Case no. 08 CV 2268:

1. On September 21, 2007 Petitioner was on my way to purchase a Ford Explorer for $19,000.00.

2. Petitioner obtained $14,000 from his Sister Luisa M. Gurrola, $4800.00 from his wife Hermelinda Estrada from the sale of a 1999 Toyota Avalon, and he withdrew cash from his personal account at Charter One Bank account number 8344086300 the amount of $2,960.00 on August 17, 2007. See Affidavits of Luisa Gurrola, Hermelinda Estrada and Petitioner Martin Estrada annexed as Exhibits "A" "B" and "C"

3. The money is from legitimate funds, for a legitimate purpose.

WHEREFORE Petitioner Martin Estrada submits this Verified Claim for the return of his property in the amount of $19,000.00.

_____
Martin Estrada

_____
Baltazar Mendoza

Baltazar Mendoza
LAW OFFICE OF BALTAZAR MENDOZA, P.C.
3701 S. Halsted Street
Chicago, IL 60609
Atty. No. 6275512
Tel:773-927-8301
Fax 773-927-8303

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLIJNOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 08 CV 2268 |
| FUNDS IN THE AMOUNT OF NINETEEN THOUSAND DOLLARS ($19,000.00) | ) ) ) ) | Judge Gettleman  Magistrate Judge Mason |
| MARTIN ESTRADA Petitioner. | ) ) ) | |

## VERIFICATION

I, Martin Estrada, being first duly sworn, depose and state that I have read the attached Verified Claim and declare under penalties of perjury under the laws of the United States of America that the contents thereof to be true and correct to the best of my knowledge and honest belief.

_Martin Estrada_
Martin Estrada

## AFFIDAVIT OF LUISA M GURROLA

I Luisa M. Gurrola, being first sworn, deposed and state the following facts are true.

(1) My name is Luisa M. Gurrola I was born on August 25, 1941.
(2) I am the Sister of Martin Estrada.
(3) On or about September 8, 2007 my brother Martin Estrada asked me if he could borrow money from me in the amount of $14,000 to purchase a vehicle.
(4) I had previously on or about August of 2007, applied for a home equity loan which was approved pending disbursement.
(5) I transferred approximately just under $20,000 from the home equity loan to my Checking account # 4801964532 at Harris Bank in Schaumburg, Illinois 60194.
(6) On or about September 15, 2007 I withdrew $14,000.00 in cash to lend to my Brother Martin Estrada.
(7) On or about September 16, 2007 my brother Martin Estrada came for the $14,000.00 in cash which I gave him.
(8) I have secured a letter from my bank which will verifying the origin of the funds.
(9) My Banker Shashi Kumar, the Senior Personal Banker whose telephone number is 847-301-2265, can be contacted to verify how I got the funds to lend to my Brother.

Further Affiant Sayeth Naught

_Luisa M. Gurrola_

Subscribed and Sworn to before me this

12 day of January, 2008

_Georgene Greer_
Notary Public

My Commission expires 9-3-08

EXHIBIT A

"OFFICIAL SEAL"
GEORGENE GRECO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 09/03/2008

## AFFIDAVIT OF HERMELINDA ESTRADA

I Hermelinda Estrada, being first sworn, deposed and state the following facts are true.

(1) My name is Hermelinda Estrada I was born on June 29, 1963.
(2) I am the Wife of Martin Estrada.
(3) On or about August of 2007, I sold my car a 1999 Toyota Avalon, Vin # 4T1BF18B7XU308929 for $4,800.00 cash.
(4) I am also gainfully employed at Philips in Itasca, Illinois.
(5) I gave the proceeds of the sale to my husband so that he could look for another vehicle.
(6) On or about September 21, 2007 my husband was on his way to negotiate the purchase of 2007 Ford Explorer from a Jose Cuevas a friend of my husband's friend Jorge Hernandez.

Further Affiant Sayeth Naught

_____
Hermelinda Estrada

Subscribed and Sworn to before me this

12 day of January, 2008

_____
Notary Public

My Commission expires 3-23-2010

"OFFICIAL SEAL"
KAREN E. BAXTER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 03/23/2010

EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

| | |
|---|---|
| IN RE MARTIN ESTRADA )<br>ASSET ID 07-DEA-489899 )<br>PROPERTY $19,000.00 US CURRENCY )<br>)<br>PETITIONER, )<br>)<br>v. )<br>)<br>US DEPARTMENT OF JUSTICE )<br>DRIG ENFORCEMENT )<br>ADMINISTRATION ) | CASE NO. I1-07-0161 |

**AFFIDAVIT OF MARTIN ESTRADA**
**FOR HIS PETITION TO CONTEST THE FORFEITURE OF PROPERTY**

I, Martin Estrada, being first duly sworn and depose under oath, subject to penalty of perjury state as follows:

1) On September 21, 2007 I was on my way to purchase a Ford Explorer.
2) On September 21, 2007 I had in my possession $19,000.00 to purchase the Ford Explorer.
3) I obtained the $14, 000 from my Sister Luisa M. Gurrola who obtained a equity loan on her house.
4) I also was given $4800.00 from my wife Hermelinda Estrada from the sale of a 1999 Toyota Avalon.
5) I also withdrew cash from my personal account at Charter One Bank account number 8344086300 the amount of $2,960.00 on August 17, 2007.
6) The money in my possession came from legitimate funds and does not have any nexus to drugs.
7) I am contesting the forfeiture of my property the sum of $19,000.00
Affiant says nothing further.

*Martin Estrada* (signature)
Martin Estrada

Scribed and sworn to before me
This 18th, day of January 2008

*Guadalupe Camargo* (signature)
NOTARY PUBLIC

OFFICIAL SEAL
GUADALUPE CAMARGO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/23/08

EXHIBIT
C