**FILED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLIJNOIS**
**EASTERN DIVISION**

AUG 5 2008
8-5-2008
Judge Robert W. Gettleman
United States District Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 08 CV 2268 |
| | ) | |
| FUNDS IN THE AMOUNT OF | ) | Judge Gettleman |
| NINETEEN THOUSAND DOLLARS | ) | |
| ($19,000.00) | ) | Magistrate Judge Mason |
| | ) | |
| | ) | Jury Trial Demanded |
| Defendants. | ) | |

### MOTION TO VACATE ANY AND ALL DEFAULTS TECHNICAL AND OR OTHERWISE AND FOR LEAVE TO FILE VERIFIED ANSWER INSTANTER.

**NOW COMES** the Defendant Martin Estrada, by and through her attorneys, Baltazar Mendoza of the Law Office of Baltazar Mendoza, P.C. and in his Motion To Vacate Any and All Defaults Technical and or Otherwise and For Leave to File Verified Answer Instanter states, as follows:

1. On April 21, 2008 the Plaintiff filed its complaint for forfeiture.

2. On May 27, 2008 Petitioner Martin Estrada Filed his Verified Claim.

3. Subsequent to filing his Verified Claim the Petitioner was to file his Verified complaint.

4. Petitioner prepared his Verified Answer to Complaint however counsel for Petitioner erroneously believed that it had been filed

WHEREFORE, Defendant Martin Estrada prays that this Court:

A) Grants his Motion To Vacate Any and All Defaults Technical and or Otherwise and For Leave to File Verified Answer.

1

      B)      Grants any and all other relief this court deems just.

Respectfully submitted

_/s/ Baltazar Mendoza_

Baltazar Mendoza

Baltazar Mendoza
LAW OFFICE OF BALTAZAR MENDOZA, P.C.
3701 S. Halsted Street
Chicago, IL 60609
Atty. No. 41166

2

FILED
AUG 5 2008
8-5-2008
Judge Robert W. Gettleman
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLIJNOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICAS. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 08 CV 2268 |
| | ) | |
| FUNDS IN THE AMOUNT OF | ) | Judge Gettleman |
| NINETEEN THOUSAND DOLLARS | ) | |
| ($19,000.00) | ) | Magistrate Judge Mason |
| | ) | |
| MARTIN ESTRADA | ) | |
| Petitioner. | ) | |

### NOTICE OF FILING

TO:   Marsha A. McClellan
        Assistant Uited States Attorney
        219 South Dearborn Street, Room 500
        Chicago, IL 60604

   PLEASE TAKE NOTICE that on the August 5, 2008 we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division MOTION TO VACATE ANY AND ALL DEFAULTS TECHNICAL AND OR OTHERWISE AND FOR LEAVE TO FILE VERIFIED ANSWER INSTANTER a copy of which is hereby served on you.

                                                                                                _____
                                                                                                Baltazar Mendoza.

Baltazar Mendoza
The Law Office of Baltazar Mendoza
3701 S. Halsted
Chicago, IL 60609

### Proof of Service

   I certify that copies of the within instruments were served on August 5, 2008 to the party to whom it is addressed via hand delivery to the address referenced above.

                                                                                                _____
                                                                                                Baltazar Mendoza