# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2268 | **DATE** | 8/6/2008 |
| **CASE TITLE** | U S A     vs     $19,000 | | |

**DOCKET ENTRY TEXT:**

Status hearing held.   Claimant's motion to vacate any and all defaults and for leave to file answer is granted. Status hearing continued to 11/12/2008, at 9:00 a.m.
[Docketing to mail  notice]

00:04

| | Courtroom Deputy | GDS |
|---|---|---|